Exhibit 2
Government's Sentencing Memorandum
United States v. Candace Bailey
CR23-5085DGE

The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CANDACE BAILEY,

Defendant.

NO. CR24-5002DGE

TRANSCRIPTON OF RECORDING 2532312885 2022-07-28 23-58-17 00046-001

CANDACE BAILEY: Hello?

JESSE BAILEY: Just checkin' in.

CANDACE BAILEY: Where are you at?

JESSE BAILEY: Uh, on my way to the shop, and then, so, it took a little bit longer than expected because he didn't have 'em. I had to go meet his brother-in-law.

CANDACE BAILEY: Hm.

JESSE BAILEY: His brother-in-law is the one who had 'em, so I had to meet his brother-in-law, grab 'em, and then, now I'm shootin' to the shop, droppin 'em off, and uh, Greg is waiting because he had already gave me the money. He gave me the money up front so I just have to drop his off, on my way home. Or on my way there.

CANDACE BAILEY: Okay

CANDACE BAILEY: So, I'll see you at like 1.

JESSE BAILEY: Yeah it's already 12:30.

CANDACE BAILEY: Yeah it's 12 o'clock.

JESSE BAILEY: Sorry babe.

CANDACE BAILEY: It's alright. You're just gonna get up tomorrow with us.

JESSE BAILEY: Well, we about to start boomin'.

CANDACE BAILEY: Hm?

JESSE BAILEY: We're about to start boomin'.

CANDACE BAILEY: Yeah.

JESSE BAILEY: 70 cents? shit.

CANDACE BAILEY: I already know your bitch-ass, you're gonna be like, "I sell 'em for 90 cents now, babe."

JESSE BAILEY: Nope, $1.10.

CANDACE BAILEY: Mm hmm.

JESSE BAILEY: $1.10.

CANDACE BAILEY: You always say that.

JESSE BAILEY: $1.10, babe.

CANDACE BAILEY: Mhm

JESSE BAILEY: Well, I mean, Ron, I'll probably do a buck. Even at 90 cents though if I sell what...

CANDACE BAILEY: See. I told you.

JESSE BAILEY: [laughs]

CANDACE BAILEY: I already know.

JESSE BAILEY: No, 30,000 sounds a lot better than 20,000.

CANDACE BAILEY: That sounds a whole lot better.

JESSE BAILEY: You know what sounds better than that?

CANDACE BAILEY: Hm?

JESSE BAILEY: $1.10. 40,000.

CANDACE BAILEY: Uh yeah, especially when your wife doesn't get sleep. It sounds a whole lot better.

JESSE BAILEY: You knew the job was dangerous.

CANDACE BAILEY: Oh, you're getting up tomorrow though.

JESSE BAILEY: I can't.

CANDACE BAILEY: Huh?

JESSE BAILEY: I can't.

CANDACE BAILEY: Why?

JESSE BAILEY: It's against my religion.

CANDACE BAILEY: Mhm.

JESSE BAILEY: [laughs]

CANDACE BAILEY: Mhm.

JESSE BAILEY: No, you send them little motherfuckers right up to their sister's, and fucking, go right back to sleep.

CANDACE BAILEY: No, I'm not gonna do that.

JESSE BAILEY: It's cause you're a big old softy.

CANDACE BAILEY: I know. That's why I don't do it to you when you're not working and you just up playin' fuckin games all night

JESSE BAILEY: True. You do do me right.

CANDACE BAILEY: I try.

JESSE BAILEY: But, I do you right.

CANDACE BAILEY: Well, you ain't doin' me tonight

JESSE BAILEY: Huh?

CANDACE BAILEY: What?

JESSE BAILEY: Give you some 1 o'clock dick.

CANDACE BAILEY: No, I'm too tired.

JESSE BAILEY: Okay then, what are you talking about?

CANDACE BAILEY: It's your fault though.

JESSE BAILEY: No, it's the work's fault.

[End of audio]