Exhibit 3
Government's Sentencing Memorandum
United States v. Candace Bailey
CR23-5085DGE

The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CANDACE BAILEY,

Defendant.

NO. CR24-5002DGE

TRANSCRIPTON OF RECORDING 2532312885 2022-07-28 20-42-26 00032-001

Candace Bailey: Is Tom going with you to meet Cash or are you just going solo? I didn't see how it-

Jesse Bailey: Cash just texted me and said he's on 244th and Meridian, which is right down the fucking street from, uh, Tom, so.

Candace Bailey: Yeah.

Jesse Bailey: In fact, that's my fucking phone. I'm just gonna get this done, with uh..

Candace Bailey: Make some money real fast?

Jesse Bailey: Yeah.

Candace Bailey: Yeah, no, I would appreciate if you could put money in the bank. So then, before we go on our trip, we can put more in there to pay--so I can get all

the bills paid off. Or almost completely paid off before we leave, you know what I mean?

Jesse Bailey: I would love to do that, but I might have to use this money to, um, to do this purchase right now. [making outgoing call to Greg Beers] Some of it.

Candace Bailey: Yeah.

[phone call with Greg Beers]

Greg Beers: Hello?

Jesse Bailey: Yo brotha.

Greg Beers: Hey, how's it going?

Jesse Bailey: I'm doing good, where you at?

Greg Beers: Huh?

Jesse Bailey: Where you at, you at home?

Greg Beers: Uh yeah, who's this?

Jesse Bailey: This is Jesse.

Greg Beers: Oh. Okay. Wrong number. [laughs] I thought somebody else was supposed to be calling right now.

Jesse Bailey: Oh, okay, uh, well I just got a hold of Cash, he wants to meet on 244th and Meridian.

Greg Beers: When?

Jesse Bailey: Uh… I said give me a half hour, so.

Greg Beers: When [inaudible] get over here?

Jesse Bailey: It'll take me about that much time to fucking get to you, so.

Greg Beers: Okay.

Jesse Bailey: Uh, I'm gonna, I'm gonna fucking start heading that way right now.

Greg Beers: Okay.

Jesse Bailey: Alright, brother.

Greg Beers: Alright. Bye.

Jesse Bailey: Bye.

[phone call ends]

Candace Bailey: Well, hopefully it's fast at there.

Jesse Bailey: What was that?

Candace Bailey: I said, hopefully it's fast where you're at.

Jesse Bailey: Where?

Candace Bailey: Uh. Whatchamacallit… Greg Beers.

Jesse Bailey: Oh, I told him—I'm not even going in.

Candace Bailey: Hmm.

[End of audio]