Exhibit 4
Government's Sentencing Memorandum
United States v. Candace Bailey
CR23-5085DGE

The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CANDACE BAILEY,

Defendant.

NO. CR24-5002DGE

TRANSCRIPTON OF RECORDING 2532312885 2022-07-28 22-33-58 00045-001

CANDACE BAILEY: Hello?

JESSE BAILEY: Yo.

CANDACE BAILEY: Yo.

JESSE BAILEY: What up?

CANDACE BAILEY: You already done?

JESSE BAILEY: Yeah. I was just with him, I was just choppin' it up.

CANDACE BAILEY: Hm.

JESSE BAILEY: Uh, yeah, he said that everything else that we've got going on is the - pretty much the exact same.  Um, as far as what he's getting it for. So there's really not any meat on the bone that, that he could do as far as on the clear, in the dark, and on any of that.

CANDACE BAILEY: Yeah.

1

JESSE BAILEY: But he said that fucking um, the uh, pills: 70 cents all day. Any issues, bring it back, and give you the money back, fucking, and he said there's, there's 800,000 available at all times.

CANDACE BAILEY: Mm.

JESSE BAILEY: And I was like, "Okay, well, trying to fix that" and he's like "huh?" And I said "Yeah, we can't have 800,000 pills at all times, man. That's not real. That shit gotta be gone."

CANDACE BAILEY: Yeah.

JESSE BAILEY: But 70 cents, that's a motherfucking, at a 1.10 that's fucking- 40 cents?

CANDACE BAILEY: Mhm. Yep. Sounds perfect.

JESSE BAILEY: And he was asking me about the fetty powder. And I was like, "Look bro, I'm gonna be honest with you. I have not dealt into that scene. Don't even know what it goes for. You know what I mean? So, you could, you could tell me a price range, and I couldn't tell you if it's a good price or a bad price. Um, so, you know, I'm gonna hit my business partner up and see.." and he said, "Look, it's- I'm telling you it's, it's the best price that you're ever gonna get," and he was like, "And, it's the best shit that you're ever gonna get. It's, it's fresh off the brick. Untouched." And I was like, "Well, I got some people that will be able to let you know if it's the best shit around, so." [laughs] "Um, you uh, standing on that?" And he said, "Oh, I'm standing on it. It's straight off the brick. And I said, "Okay, alright, if it's off the brick, it's off the brick." But he's doing good. This motherfucker got a Bustdown Rollie.

CANDACE BAILEY: Mm.

JESSE BAILEY: Yeah. Guess what he's driving.

CANDACE BAILEY: Hm?

JESSE BAILEY: Motherfucking Dodge Demon.

CANDACE BAILEY: What's that?

JESSE BAILEY: Dodge Demon?

CANDACE BAILEY: Yeah.

JESSE BAILEY: Ah, just a hundred racks.

CANDACE BAILEY: Mm.

JESSE BAILEY: [laughs] Just a hundred thousand dollar fucking Dodge Demon Redeye.

CANDACE BAILEY: Yeah.

JESSE BAILEY: And I thought he had gotten booked on. Cause he had been, he had been leaving, he had been making moves from Vegas and Arizona. When I met him at Drew's, he had fucking caught a case in Nevada. Well, he was in the car behind a car that had fucking, got fucking swooped on. And they had boxed both of them in, and they hit the front car, and they found a bunch of blues- a bunch of blues- 250,000 of 'em.

CANDACE BAILEY: Mm.

JESSE BAILEY: And they tried to charge him. He was sleeping in the car behind it. And, you know, they tried to say that he was the following car to make sure that they didn't deviate from the route.

CANDACE BAILEY: Yeah.

JESSE BAILEY: And, um, but the people in the car had already had a story. And, when they got pulled out, they immediately were like, they were like, "Look, we seen the bag in the car we broke the window and we took it. He caught us." Right? So, and, and they were like, "What's in the bag," they said "I don't know, we-we just stole it. We just stole it out of a car. We just broke the window out of a car over here and took the bag, and the phone, and, and the fucking.." there was something else that they said that they took. And that's all in the discovery. They had like, glass from the window in the car. And there was glass on the bag.

CANDACE BAILEY: Hm.

JESSE BAILEY: So, he's thinking that, that fucking his attorney is gonna be able to devour that. But he had ended up catching a different case for some fucking those, those fucking like Raptor 4-wheeler things?

CANDACE BAILEY: Yeah.

JESSE BAILEY: He had fucking bought some of those in Arizona and I guess there was something up with them, and he had got like fuckin' a year and a day down there.

CANDACE BAILEY: Mm.

JESSE BAILEY: You know, that motherfucker was at the same joint I was at. He was at Red Rock.

CANDACE BAILEY: Oh, okay.

JESSE BAILEY: Nine months or whatever. Where I fucking, stabbed that fucking child molester?

CANDACE BAILEY: Yeah.

JESSE BAILEY: That's where it's at.

CANDACE BAILEY: Hmm. Your son fell out of bed.

JESSE BAILEY: Fell out of your bed?

CANDACE BAILEY: Huh?

JESSE BAILEY: Fell out of your bed?

CANDACE BAILEY: No, he fell out of his bed.

JESSE BAILEY: How the fuck did he do that?

CANDACE BAILEY: Well, she curled all the way up to him and he had scooted, I think, kind of away from her.

JESSE BAILEY: Okay.

CANDACE BAILEY: And ended up on the floor. It has the little red thing that comes up, like messages. Assassin's Creed Valhalla, See No Evil, you know that.

JESSE BAILEY: Well, it probably shut off because the remote shut off.

CANDACE BAILEY: Hmm.

JESSE BAILEY: It wasn't an error, it was the, your Xbox remote turns off, then your TV [inaudible].

CANDACE BAILEY: Yeah. That seems to be what it was.

JESSE BAILEY: [laughs] Well, it's happened to me before.

CANDACE BAILEY: Mm.

JESSE BAILEY: I think that there's a way that I can turn that off, and it won't do that no more.

CANDACE BAILEY: Yeah.

JESSE BAILEY: But, there's also, if you don't let it go idle, it's like your car, it'll be running fucking hot the entire time. It goes idle it allows it to kind of slow down and catch its breath.

JESSE BAILEY: Oh my God, this motherfucker.

CANDACE BAILEY: What? What happened?

JESSE BAILEY: I almost just jumped the truck.

CANDACE BAILEY: How?

JESSE BAILEY: So Meridian has that fucking bitch-ass fucking- you know how it typically that lane will fucking cut over for a turn lane on Meridian?

CANDACE BAILEY: Mhm.

JESSE BAILEY: So, they have one of those for a store, but its right on the corner. So it ends right before the corner, but it looks like it's for that road. And, I fucking got into the turn lane, thinking I'd be turning down 128th, and-

CANDACE BAILEY: I mean you did that before but on different, further.

JESSE BAILEY: Oh no, same exact spot. Literally the same exact spot. Good thing I have cat-like reflexes.

CANDACE BAILEY: [Laughs] So, are you headed this way now?

JESSE BAILEY: I'm stopping at Tom's real quick, just tell him to- the combo, and see what he wants to do as far as if he wants to go halves on getting these 40,000 blues and this fetty powder, because I'm not fucking with fetty powder that would be all him.

CANDACE BAILEY: Yeah.

JESSE BAILEY: So. But I need to know what it was worth and what--you know what I mean? Cause I don't know. I don't know what the fucking key--you know, I don't know what the key goes for, I'm not sure.

CANDACE BAILEY: Yeah.

JESSE BAILEY: So. I was going to stop in and talk to him about… and then, go meet the dude right by the Tacoma Mall, which is right by the shop. So, I should be done within an hour.

CANDACE BAILEY: Okay.

JESSE BAILEY: I'm hoping.

CANDACE BAILEY: Huh?

JESSE BAILEY: I'm hoping.

CANDACE BAILEY: Well, I'll be here

JESSE BAILEY: I love you.

CANDACE BAILEY: I love you too, babe.

JESSE BAILEY: I just pulled up to Tom's.

CANDACE BAILEY: Alright.

JESSE BAILEY: Gotta go grab my phone call

CANDACE BAILEY: I love you. Bye, baby.

JESSE BAILEY: Bye.

[End of audio]