Exhibit 5
Government's Sentencing Memorandum
United States v. Candace Bailey
CR23-5085DGE

The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CANDACE BAILEY,

Defendant.

NO. CR24-5002DGE

TRANSCRIPTON OF RECORDING Session 424

CANDACE BAILEY: Hello?

JESSE BAILEY: He made me, which he ain't the first. Do you want to ask wifey how many people have talked?

RON GRIFFIN: Hi wifey.

CANDACE BAILEY: Hi. Ask me what?

JESSE BAILEY: No, no, we was just having a convo and, um, he was telling me how Greggy was telling him that he made me.

CANDACE BAILEY: Ha!

RON GRIFFIN: I just wanted to know the proof, man. So, I asked. I asked him.

JESSE BAILEY: He as asking me the real and I was like, "Oh, I'll tell you the 100% truth. No cut, no extras."

CANDACE BAILEY: Did you tell him what Greggy said to us?

1

JESSE BAILEY: Uh, oh, no. I'll let you tell him. That'll actually add to the mystique of why he would say that he made me.

RON GRIFFIN: What? What did he say, Candace?

CANDACE BAILEY: So, we turned down their fucking RICO--

JESSE BAILEY: Hold on, hold on a second, so before you say this. This is the time that I went to them and said, "Hey, um, I'm going to sell it to all of these people cheaper than what you're selling it for, but I'm going to sell a fucking fuck ton of it and make fucking mountains of more money than you are." Cause they're sitting on 10 pounds because they have to get this price. They have to get this price for it and they'll sit on it for 2-3 weeks. Mind you, I'm over here and I've sold 300 pounds while they're still sitting on the 10. Alright. Go ahead, babe.

CANDACE BAILEY: Okay. They call us into a meeting where they want to talk about—

RON GRIFFIN: That was the meeting?

JESSE BAILEY: Yes.

RON GRIFFIN: Oh, okay. Oh god, that was the big meeting. [laughs]

JESSE BAILEY: Go ahead, go ahead.

CANDACE BAILEY: Okay, so they say, "Okay, what we're going to do is we're going to sell, everyone is going to pay this amount and then $500 right out the gate after that goes into the pot so that way if one person isn't working that week they still get a paycheck cause we're going to divide that 500 up. Say it's 100 pounds that week that gets sold. We're going to divide that up and everyone's going to get an equal check. And if you sell it for over--

JESSE BAILEY: Mind you, she also wanted to keep a ledger.

RON GRIFFIN: Oh, yeah, I've seen it! I've seen the ledger. She brought it over. One of the two times she came over, she brought it over and whipped this motherfucker out. I'm thinking, "God damn, that's a big motherfucker."

2

CANDACE BAILEY: So, I tell, so Jess is like, "oh, okay, whatever," right, we don't say much. Then --

JESSE BAILEY: No, no, no. As soon as they start talking about the ledger, I'm said, "Man, I'm not getting caught up in no motherfucking…"

CANDACE BAILEY: No, yeah, you said that, but you didn't get into too much detail, you were just going to pass at the end. Then, then at the time nobody was doing anything with dark but us. And she goes, "Now we're doing to talk about the dark." And I was like, "Excuse me!" and Jess just sits there. Jess just sits there and he's like, "alright." She goes, uh, "So we, we, yeah, we need to talk about this, we need to work something out." I said, "Not one motherfucker in this room is moving it. Only us. So, why should I give you any of the motherfucking money that we work hard for?" She goes, she jumps up off of her fucking ass and goes, "Bitch, you need to learn to be humble! There's a difference between being greedy and humble and you're just being fucking greedy." And I said, "Fuck you!" And Jesse was like, "Look, motherfucking bitch, sit your ass down and don't talk to my wife that way. You're not going to fucking buck up at her like that. She's right, we're done. This is over. We're not fucking having any part of any of this. Candace, do you want any part of it?" I said, "nope." He goes, "Alright, babe. Let's go." They're like, "Wait, what?" He goes, "Yep. Give me my, get us our fucking phones, we're out of here. You guys go take your RICO case, go deal with that." So about three days later, we see Greggy and he says, "You know, you guys are doing it all wrong. You don' know fucking shit about this business. We're trying to teach you two something and you don't want to fucking listen at all." I was like, "It don't matter what you say." And he's goes, "Excuse me, I was talking to Jess." And I said, "Look, I don't care who you think you were talking to. I'm telling you right now. We're not doing business with you no more. Have a good

day." And Jess was like, "Yep, it's on. Okay! Think I don't know anything? Yep. Bet."

RON GRIFFIN: [laughs] That burnt his ass.

JESSE BAILEY: So, I guess I mean he can say that he made me.

RON GRIFFIN: He didn't make you.

JESSE BAILEY: No, he made me destroy them. [laughs]

RON GRIFFIN: Yeah, that's crazy.

CANDACE BAILEY: I remember hearing the thing about, I remember hearing not from—

JESSE BAILEY: No, that was from Fish.

RON GRIFFIN: Fish was there?

CANDACE BAILEY: He was the one that came over and talked about the paycheck thing, I was like dude, that's like a communist move--

JESSE BAILEY: Oh no, Fish, Fish actually agreed to do it. Yeah, I'm gonna go throw those in and have 'em ready.

RON GRIFFIN: Alright, love you, man.

JESSE BAILEY: Love you too. Yep.

[RON GRIFFIN leaves]

JESSE BAILEY: Uh, I guess when he went to go pick up is truck, Greggy was telling him that fucking, he, he made me.

CANDACE BAILEY: That's funny because you remember when Travis got caught up in his shit, he said he made you too?

JESSE BAILEY: Yup. That's weird. I started laughing when he said that and he was like, "What's so funny?" I said, "Bro, I'm going to tell you a story and the story I'm going to tell you is 100% truth. I'm not going to leave anything out, I'm not going to fucking add anything. And I said, I've let a lot of shit go as far as with that whole little circle. I've let a lot of shit go that had it been back in the day I

would have fucking killed all of them. And he was like, "what?" I said, "Oh yeah, dude. These motherfuckers were charging me fucking 5500 a pound. They were wanting a kick on every person they claimed was their person. Um, until finally I was fed up with it and I just fucking took all of their people. Every person that they had. They were going through me." And I said, "And half of them still go through me. They just won't say nothing to them."

CANDACE BAILEY: Yep.

JESSE BAILEY: And then the other half, I told them, if you know they want to associate with fucking rats and do business with rats, then do it over there. Don't do it around me. I don't want nothing to do with you. And Ron was like, "what." I said, "Oh, yeah. Yeah. The whole thing with her baby's dad getting booked on that murder case? I'm the one that blasted the paperwork. I'm the one that put it on Facebook. I'm the one that told everybody hey, if you fuck with this fucking rat, then I've got nothing to say to you." And that was the falling out with me and Greggy. So, I don't care what all them dudes say or what he says. I said, the reason that me and him stopped talking is because fucking he sided with her on that fucking ratting shit, and fucking her son wanted to say some slick shit on motherfucking Facebook after I fucking blasted the paperwork uh, of her telling.

CANDACE BAILEY: Yep. He should be thankful that Lira thought of him as a son.

JESSE BAILEY: Oh yeah. Yeah. The shit that he said on the fucking Facebook. I already been over there and shot his ass.

[8:07]