Exhibit 6
Government's Sentencing Memorandum
United States v. Candace Bailey
CR23-5085DGE

The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CANDACE BAILEY,

Defendant.

NO. CR24-5002DGE

TRANSCRIPTON OF RECORDING 10.36.144.70 DOC Call 4-16-23

TYLER MACDONALD: Whoa.

CANDACE BAILEY: Yo.

TYLER MCDONALD: Whoa.

CANDACE BAILEY: Yo.

TYLER MCDONALD: Whoa. [laughs] I thought you guys were being squares. What the fuck?

CANDACE BAILEY: I can't, uh, say anything. [laughs]

TYLER MCDONALD: Every time I talk to Jesse, he's like, "Ah yeah, I'm out here working. And you know, doing the construction thing." They came and hit all out houses the same day too. They pulled us all out at 6 in the morning. From the shower.

CANDACE BAILEY: Really?

1

TYLER MCDONALD: Yeah, like fucking twenty people in the hold out here got their houses tornadoed.

CANDACE BAILEY: All AF and Omerta?

TYLER MCDONALD: Yeah, yeah. Yep. Me, Matt, and Tripp, and dudes over at there. It's crazy, dude.

CANDACE BAILEY: Yeah.

TYLER MCDONALD: What the fuck?

CANDACE BAILEY: Well, did you hear what they've titled our indictment?

TYLER MCDONALD: Yeah, just fucking sketchy [laughs]

CANDACE BAILEY: Did you hear my favorite part about all of this? Is that, did you know that I am the only female AF member in an all men's prison gang?

TYLER MCDONALD: Tight. Yeah, I'd seen that.

CANDACE BAILEY: They're riding hard on it too, they're like--

TYLER MCDONALD: Yeah, you're fucking superficial.

CANDACE BAILEY: Yeah. Well, I'm definitely celebrity-official apparently because it fucking made its way to national news.

TYLER MCDONALD: [indiscernible] Fucking times.

CANDACE BAILEY: A little bit.

TYLER MCDONALD: Yeah I fucking—Look, you guys, the [indiscernible] pulled over my eyes. I knew fucking everyone else on there was doing weird shit, but I thought you guys were doing hella good.   [laughs] I was like, "What the fuck, this can't be real." Oh, it's so crazy man.

CANDACE BAILEY: I'm the only one above number like 14 on the indictment that actually was able to get out. But, I have like two pages of restrictions.

TYLER MCDONALD: You, Sarah, they had Cruz got out, right?

CANDACE BAILEY: Who was the other one? Oh yeah, uh, I'd watch it though with her.

TYLER MCDONALD: Yeah, oh I'll bet. Her [indiscernible] too, honestly. He was at King, and they came and fucking snatched him up. Took him to the hole.

CANDACE BAILEY: He's still over there.

TYLER MCDONALD: No, no, no. They took him to the hole and then they transferred him from the hole to Shelton. He's at the Shelton hole now.

CANDACE BAILEY: Oh, okay, yeah.

TYLER MCDONALD: Well, probably waiting to head on over to SeaTac.

CANDACE BAILEY: Um, I don't know. I think that they'll, thy might just leave them there.

TYLER MCDONALD: What's up with Jesse? How's he doing?

CANDACE BAILEY: Yeah, dude, so when they fucking got us that one morning, the US Marshall, or whatever fucking dude, that was all fucking bulletproof helmet, bulletproof fucking everything, he asked me if Jesse got his stent in his heart. And I was like, "What are you talking about?" And he's like, "Well, we know he needs to have a procedure done." And I was like, "Who the fuck told you that? Because I haven't heard that yet. So can you enlighten me?" And he was like, "No, I can't tell you that." And I was like, "Alright, well, no he don't got a stent yet. But, if he needs one, it sounds like you guys better take care of it."

TYLER MCDONALD: Damn, yeah.

CANDACE BAILEY: He's living with Ron.

TYLER MCDONALD: Oh, are they? [laughs]

CANDACE BAILEY: Yeah, they're living together. So, they're good.

TYLER MCDONALD: Just like the old days.

CANDACE BAILEY: Yeah, but I can't. One of my restrictions right now is I can't talk to him. So that fucking, it sucks. And um, my attorney's working on a motion, but, so pre-trial services--who interviews you and determines whether you're a flight risk or not—they didn't have a problem with me talking to Jesse.

And neither dd the judge, because of the babies. But prosecution was so fucking hard on me. Like, they're out for blood. So, I had to agree to it just to get out. So now we're trying to fight it on a motion. Like we can't parent. The kids can't talk to their dad. They can't. No one can do all these things with them because he's still their dad and I'm their mom. And we're married.

TYLER MCDONALD: Yeah. Can't you get an intermediate? Like a guardian ad litem type of situaion to let them talk to him?

CANDACE BAILEY: Well, we'll work on that, but right now we're going to try to do it this other route. Plus, everything's in Jesse's name. Like, so the feds left my truck and they seized the other two, but I can get them back with the right paperwork. And then, all of our accounts--

TYLER MCDONALD: Didn't you just inherit a bunch of money from your dad?

CANDACE BAILEY: Yeah, but I have o get that paperwork through my attorney to the feds to get back the truck.

TYLER MCDONALD: Yeah.

CANDACE BAILEY: And then they have to give me the $30,000 back that is missing from it.

TYLER MCDONALD: I was like blown away. Everything, I've had people read the whole indictment for me and I'm like, "What the fuck?" You're trippin'. [laughs] That's so intense.

CANDACE BAILEY: Everybody I know has bought that shit. Yeah. It's uh, I know that Jesse and Ron are both trying to save me. So, we'll see how it goes. I mean, I'm sure… I know I'm not coming out of this clean. Like there's no fucking way.

TYLER MCDONALD: Yeah, well, I don't know. The feds, got, you know--

CANDACE BAILEY: But I have a good ass attorney, so.

TYLER MCDONALD: Do you think this all stems from fucking wanted?

CANDACE BAILEY: Absol—Uh, I believe he was the second person. But he's the one that really got it going. Yeah.

TYLER MCDONALD: He came into his shape. See now, I remember when all that happened, I figured that, cause Jesse was like, "Yeah, I'm not fucking with no weed no more, I'm not doing nothing out here no more." I thought that was it, I thought he was like yeah I'm done with fucking doing weird shit. Gonna do this work thing instead. And I've been legitimately in here telling people oh, you guys are tripping. He's doing good out there, he's working his shit. He's doing the union thing. And they're like, "What!" [laughs] I was like, "Yeah, I'm telling you, I talk to him all the time. He's going good." They're like, "You're tripping."

CANDACE BAILEY: Uh, so can you still talk to Cole?

TYLER MCDONALD: Yeah, I saw him last night. He's the [indiscernible] for me and J-Pot.

CANDACE BAILEY: Well, let him know that his wife, who is supposed to be the godmother to my daughter didn't even fucking reach out. Didn't even care if my kids went to CPS. Nothing. Haven't heard a motherfucking word from her.

TYLER MCDONALD: That's crazy, I thought that was your fucking best friend.

CANDACE BAILEY: She's supposed to be. You would think.

TYLER MCDONALD: Yeah.

CANDACE BAILEY: But I want to make sure. I sent her a text today and told her that our friendship is over. There's no salvaging that. Because, you should've been there for my kids. I can't call you from the fucking federal prison and tell you, hey, go get my kids.

TYLER MCDONALD: Where are your kids? Where were they? Somebody told me JC's wife had them.

CANDACE BAILEY: Yeah, she, well, I have to live with her. JC's wife. I have to live with her, she's my third-party supervisor.

TYLER MCDONALD: Okay. Well, at least you have--

CANDACE BAILEY: I'm on ankle monitor, I have two probation officers, I'm— [laughs] They're doing the most with me, so.

TYLER MCDONALD: They do, fucking-- You know, I get USAToday newspaper, and it hasn't been in any of theirs, I haven't seen it at all on like no… You know, on this side of the mountains, we haven't seen it on the news at all. Which is weird, because everybody on the western office said it's all over the news.

CANDACE BAILEY: Yeah, they said it was all over the news and in Oregon it was on the news down there.

TYLER MCDONALD: Yeah, somebody, somebody told me it was another state. On the news of some other state. I think Arizona it was on the news.

CANDACE BAILEY: Yeah.

TYLER MCDONALD: But this side of the mountains, whatever armpit of Washington, it just hasn't been on any news over here. They're showing people breaking into cars and shit on the news [laughs] Alright, it's pretty crazy though. That's what, here's the crazy thing: they freaking tornadoed me, Matt, and Trip's house and I was like, oh, that's funny because you guys are saying I can't go to mainline because I can't be around these people. But as soon as they get busted, we're all sudden in cahoots? Kind of bullshit it is.

CANDACE BAILEY: [laughs] Oh, you know, that, that fucked up, that fucked up life.

TYLER MCDONALD: Bullshit, huh?

CANDACE BAILEY: Okay, I gotta, uh, we're here for the last day to move the rest of our shit outta the house.

TYLER MCDONALD: Alright. Well, yeah, you, uh, if you can get your friends your message or something to them, dudes in there, just tell them to keep their

heads up. You know, fucking, I don't know what else to say, so good luck. Fucking, tell Jesse--

CANDACE BAILEY: No, I mean, he's good with it, you know what I mean? Like, him and Ron are good with it. It is what it is. You can't turn back the clock.

TYLER MCDONALD: No yeah, you sign up for it. It is what it is. It happened. But I have to uh, ask him if he's gonna get his clover leaf tattooed.

CANDACE BAILEY: He's gonna get what?

TYLER MCDONALD: His clover leaf tattoo. [laughs]

CANDACE BAILEY: [laughs]

TYLER MCDONALD: That's why I've been asking Cole every, all season here. I'm like, so where, where are you guys getting your clover leaf?

CANDACE BAILEY: No, I'll ask her to, ask him if he's getting it.

TYLER MCDONALD: Yeah, yeah. Don't ask him if he is, ask him where.

CANDACE BAILEY: Oh okay, yeah.

TYLER MCDONALD: Yeah, you gotta get it. Hey, what, uh, they're all, all these dudes are all convinced they're getting RICOed. That there's all just, it'll come through a RICO act, all these dudes. They didn't say anything like that, did they?

CANDACE BAILEY: Uh, not that I've been informed. And I, so my attorney, when I met him, he was like, "Look, I'm gonna shoot it to you straight. I've been doing it for like 41 years. Um, I mainly handle shot callers for Aryan brotherhood and white supremacy gang with federal cases and murder one cases." And I was like, perfect, put me on. [laughs] I, uh, I need that representation right about now.

TYLER MCDONALD: Yeah [laughs] Yeah, no shit.

CANDACE BAILEY: And then, I was in, we were locked down when the news fucking, it was still on in our pod, and the news aired that I used to work there and my whole fucking cell block was like, "Wait, what? You held your dude down?

7

You quit, held him down and then caught this." I'm like, yeah. They're like, oh, that's fucking awesome. I was like, oh, okay.

TYLER MCDONALD: Yeah, alright, respect.

CANDACE BAILEY: Whatever you say.

TYLER MCDONALD: Yeah, I had one of these guards came by here and talked shit like, "Yeah, man. All your friends got indicted." And I was like, "Oh, no, no, no, yours did too." He was like, "Ah, I know, it's kind of a big joke right now."

CANDACE BAILEY: [laughs] Oh, lord. When you're doing the most, and you know, man. It's like Gus told me this morning, he's like, "Look, you're just, you're just fucking unlucky. You're collateral damage to what the fuck they were all doing." I said, "I know."

TYLER MCDONALD: Yeah, that's what I said too. I said, you know, I guarantee you they've had this talk before where you got all the kids and you know, if you guys are really doing shit like that, you guys should know: hey, you do what you gotta do to get back to the kids. That's the most important thing.

CANDACE BAILEY: Yeah.

TYLER MCDONALD: That, that's the most important thing to be out there with the kids and continue to hold, go down, and he's gonna have o go do his thing federally. [laughs]

CANDACE BAILEY: Yeah, and he's, he's good with that. You know, you know him though.

TYLER MCDONALD: Oh yeah. He's alright. Yeah, he's probably sick as fuck right now, but he'll fucking get over it. What's the, what's the timeframe? Is it forever?

CANDACE BAILEY: Um, he said his attorney told him like 15 to 40.

TYLER MCDONALD: Yeah, I think the thing, traffic team, you know, they're taking a pretty bad picture, right? With everything that the said. It's like, you

know, they go through, they go through phases, you know, in the eighties there was crack, and in the nineties, heroin and early two thousands doing meth. Now it's fentanyl and guns, mass shootings, and fentanyl, not a good combination. Hello? Hello?

[End of audio]